8642212

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

RECEIVED
U.S. MARSHALS SERVICE
2024 MAR 15 AM 8:30
LAS CRUCES, NEW MEXICO

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) |
| | ) Case No. Docket- 19-CR-1599-RB |
| FERNANDO JOSE-AGUILAR | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate judge without unnecessary delay FERNANDO JOSE-AGUILAR, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of the Court

This offense is briefly described as follows:

Date: March 14, 2024

_____
*Issuing Officer's signature*

City and state: Las Cruces, New Mexico

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

| Return |
|---|
| This warrant was received on ( date ) _____, and the person was arrested on ( date ) _____ at ( city and state ) _____. |
| Date: _____  _____ *Arresting officer's signature* |
| _____ *Printed name and title* |